**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dennard HUTCHINSON, Defendant–**
**Appellant.**

No. 09–6626.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 10, 2009.

Decided: July 17, 2009.

Dennard Hutchinson, Appellant Pro Se. Roderick Charles Young, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennard Hutchinson appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hutchinson,* No. 3:03–cr–00145–HEH (E.D.Va. Oct. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*